IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LYNN MARIE LARSON,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-67-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered affirming the decision of Michael J. Astrue, Commissioner of Social Security, and dismissing plaintiff Lynn Marie Larson's appeal.

_____      10/19/09
Peter Oppeneer, Clerk of Court                 Date