IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LYNN MARIE LARSON,

        Plaintiff,

                                   ORDER

v.

                                 09-cv-067-bbc

MICHAEL ASTRUE,
Commissioner of Social Security,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In compliance with the mandate of the Court of Appeals for the Seventh Circuit. IT IS ORDERED that plaintiff Lynn Marie's Larsen's motion for summary judgment is GRANTED and judgment is entered awarding her Supplemental Security Income benefits under Title XVI of the Social Security Act , codified at 42 U.S.C. § 182(c)(3)(A).

Entered this 12th day of October, 2010.

                                  BY THE COURT:

                                  /s/
                                  BARBARA B. CRABB
                                  District Judge