IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LYNN MARIE LARSON,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 09-cv-067-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that plaintiff Lynn Marie Larson's motion for summary judgment is GRANTED and judgment is entered awarding her Supplemental Security Income benefits under Title XVI of the Social Security Act, codified at 42 U.S.C. §182(c)(3)(A).

_Peter Oppeneer_          10/14/10
Peter Oppeneer, Clerk of Court      Date