IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LYNN M. LARSON,

        Plaintiff,           JUDGMENT IN A CIVIL CASE

v.           Case No. 09-cv-67-bbc

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Lynn M. Larson $14,000 for attorney fees and expenses under 28 U.S.C. § 2412(d).

_____           _2/11/2011_
Peter Oppeneer, Clerk of Court           Date